IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL HARPER | : | CIVIL ACTION |
| v. | : | |
| AETNA LIFE INSURANCE COMPANY | : | NO. 10-1459 |

## ORDER

**AND NOW**, this 31st day of March, 2011, upon consideration of the cross-motions for summary judgment (Document Nos. 13 and 14) and after a thorough examination of the administrative record and oral argument, it is **ORDERED** as follows:

1. The defendant's motion for summary judgment is **DENIED**;

2. The plaintiff's motion for summary judgment is **GRANTED**;

3. No later than **April 19, 2011**, the parties shall submit a proposed order awarding the plaintiff relief consistent with the memorandum opinion accompanying this Order. If the parties cannot agree on a proposed order, they shall file separate proposed orders accompanied by explanations not to exceed three pages.

4. Judgment will be entered in favor of plaintiff Carol Harper and against defendant Aetna Life Insurance Company after the parties have complied with the preceding paragraph.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.